IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARCUS FIELDS**                                                      **PLAINTIFF**

v.                            Civil No.  2:11-cv-2108

**TIMOTHY SHARUM,** *et al.*                                 **DEFENDANTS**

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, an inmate at the East Arkansas Regional Unit of the Arkansas Department of Correction in Brickeys, Arkansas, has filed a Motion to Proceed *in forma pauperis* ("IFP") on Appeal.  ECF No. 19.  The undersigned previously issued a Report and Recommendation, ECF No. 15, recommending that this matter be dismissed prior to service because Plaintiff named as Defendants individuals who were immune from suit, Plaintiff named as Defendants individuals who were not state actors for purposes of Section 1983 litigation, and Plaintiff failed to state claims on which relief can be granted.  As a whole, Plaintiff's Complaint was frivolous.  *See* ECF No.  2.

The Report and Recommendation of the undersigned was adopted *in toto* on November 2, 2011, by the district judge.  ECF No.  16.  On November 14, 2011, Plaintiff filed his Notice of Appeal.  ECF No.  18.  On that same date,  Plaintiff also filed a Motion for Leave to Appeal *in forma pauperis*,  ECF No.  19, which is now before the Court.

Pursuant to 28 U.S.C. § 1915(a)(3) "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."  As all claims in Plaintiff's Complaint were clearly frivolous, failed to state a constitutional claim, and/or were asserted against individuals immune from suit or who were not a state actors, any appeal of the dismissal of that Complaint would not be taken in good faith.  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

It is the recommendation of the undersigned that Plaintiff's Motion to Proceed IFP on Appeal, ECF No. 19, be **DENIED** as the appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3). Plaintiff may, of course, renew his Motion to Proceed IFP on Appeal with the Court of Appeals for the Eighth Circuit, in the event this Report and Recommendation is adopted by the district court judge. FED. R. APP. P. 24(a)(5).

It further recommended that the Clerk of Court shall provide the Court of Appeals with a copy of any Order adopting this Report and Recommendation. FED. R. APP. P. 24(a)(4)(A), (B).

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.**

**DATED this 14th day of November 2011.**

/s/  J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE