```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

MARCUS FIELDS                                              PLAINTIFF

    V.                   Civil No. 11-2108

TIMOTHY SHARUM, et al.                                    DEFENDANTS

O R D E R

On this 5th day of December 2011, there comes on for consideration the report and recommendation filed in this case on November 14, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 21). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal (doc. 19) is DENIED, as the appeal is not taken in good faith. 28 U.S.C. §1915(a)(3). Plaintiff may renew his motion with the Eighth Circuit. The U.S. District Clerk is directed to provide the Court of Appeals with a copy of this Order.

IT IS SO ORDERED.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```

**AO72A**
**(Rev. 8/82)**